UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-07071-ODW<br>Bankruptcy Ct. Case No. 2:20-bk-13814-BB<br>Adversary Case No. 2:20-ap-01169-BB | Date | September 6, 2024 |
|---|---|---|---|
| Title | *In re Debtors Chia Jung Chou and Jesus Guillermo Orozco* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On August 20, 2024, Appellants Jesus Guillermo Orozco and Chia Jung Chou filed an appeal from the United States Bankruptcy Court, Central District of California. (Appellants' Notice of Appeal ("Notice of Appeal"), ECF No. 1.) That same day, a Notice of Appeal Deficiency to Appellant, (ECF No. 3), and a Notice of Deficiencies in Appeal from Bankruptcy Court, (ECF No. 4), noted that the Notice of Appeal has one or more deficiencies, namely that the Notice of Appeal omitted an "entered stamped copy or order, judgment, or decree." (ECF 3–4); *see* Fed. R. Bank. Pro. 8003(a)(3)(B) (requiring notice of appeal "be accompanied by the judgment or the appealable order or decree from which the appeal is taken"). On August 23, 2024, the Court Ordered Appellants to Show Cause no later than September 3, 2024, why this case should not be dismissed for lack of prosecution. (ECF No. 7.) The Court informed Appellants that "[f]ailure to respond to the Court's Order may result in the dismissal of this action." (*Id.*) A review of the docket reveals that Appellant has not filed a corrected Notice of Appeal. Consequently, this appeal is **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

: 00

Initials of Preparer    SE